**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-05337**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | yiyuanco.en.alibaba.com | Dongguan Toyin Acrylic Products Co., Ltd. |
| 2 | lh88.en.alibaba.com | Jinjiang Linghang Captain Shoes Co., Ltd. |
| 3 | longlu.en.alibaba.com | Zhongshan Longlu Display Industrial Co., Ltd. |
| 4 | aliexpress.com/store/1102859509 | Hoka On Star Store |
| 5 | amazon.com/sp?seller=A2O393KC5T09K1 | A2O393KC5T09K1 |
| 6 | amazon.com/sp?seller=A2T6VDL1AW6V6S | A2T6VDL1AW6V6S |
| 7 | amazon.com/sp?seller=A3889918LE70JT | A3889918LE70JT |
| 8 | amazon.com/sp?seller=A38WAGTO9SCFVC | A38WAGTO9SCFVC |
| 9 | amazon.com/sp?seller=A7KXGADLKFPVW | A7KXGADLKFPVW |
| 10 | amazon.com/sp?seller=A37BZAUJG0EWFA | ABO lot of ingredients |
| 11 | amazon.com/sp?seller=A39UW5APG84HRX | BAI PING |
| 12 | amazon.com/sp?seller=AVMC9KBTO3V0 | baixiaofangdp |
| 13 | amazon.com/sp?seller=A7IWKKCRXXL4F | Biujiuho |
| 14 | amazon.com/sp?seller=A2A0FQ5254FOM7 | CAOXIANZHU |
| 15 | amazon.com/sp?seller=A3ILUSJYBR3SUR | FengHeDianZiShangWu |
| 16 | amazon.com/sp?seller=A1N70XIYIXAVXF | fengzijiandepu |
| 17 | amazon.com/sp?seller=A1GJWG92VK17KA | Fgwega |
| 18 | amazon.com/sp?seller=A1MEBHYIDW0RLU | Geeneric |
| 19 | amazon.com/sp?seller=AI9OBTFWY9BDZ | guangzhoudiyuanwanjuyouxiangongsi |
| 20 | amazon.com/sp?seller=A35C7OJBZJ03D1 | guangzhoupanxinmaoyiyouxiangongsi |
| 21 | amazon.com/sp?seller=A114HQA7LMA7X3 | HAIKOUWANGQIMINGDIANZISHANGWUYOUXIANZERENGONGSI |
| 22 | amazon.com/sp?seller=AQ89R4FZUTN2W | hmkjyyysgs |
| 23 | amazon.com/sp?seller=A3PQVJ4NAZ3Z8H | HUY SMITH USA |
| 24 | amazon.com/sp?seller=A1ICAQ8D6J7OL0 | JasmineL |
| 25 | amazon.com/sp?seller=A2KO1UTG8GFZK6 | JiaYiB |
| 26 | amazon.com/sp?seller=A1Z8H40VFES05C | Jitaishangmao |
| 27 | amazon.com/sp?seller=ABJHTJ2GJ1DRE | Kiki department |
| 28 | amazon.com/sp?seller=A2P47SYMG0Z7JM | Lingao Qiyugan Trading Co., LTD |
| 29 | amazon.com/sp?seller=AN5F39D8S9OR8 | LiuqianSHENG98825 |
| 30 | amazon.com/sp?seller=AB0P7Y3QBOE2N | LiYaoHui |
| 31 | amazon.com/sp?seller=A36FUC3V96VNUU | Milk Store1 |
| 32 | amazon.com/sp?seller=A341YJNZLMJ8T | Neonawall |
| 33 | amazon.com/sp?seller=A220VBSLWMQZVT | NingxiDian1 |
| 34 | amazon.com/sp?seller=A1HSFOQY8BQGZG | Opieufo |

| | | |
|---|---|---|
| 35 | amazon.com/sp?seller=A136PFTBC2YBIR | Persit Sports |
| 36 | amazon.com/sp?seller=A2I3X079DG672E | PETNERS |
| 37 | amazon.com/sp?seller=A2OZ5SOYNSEOG | QUANXUN |
| 38 | amazon.com/sp?seller=A3NWYBNMI0N79O | RODRIGUEZTEE |
| 39 | amazon.com/sp?seller=A39LA8Q41NRKF5 | Sanya Huiyixi Trading Co., LTD |
| 40 | amazon.com/sp?seller=A1IEBC1WAO4FN1 | SDJDNSHIOO |
| 41 | amazon.com/sp?seller=A3BE6N28NZV5PI | shanxilanmaifengrukejiyouxiangongsi |
| 42 | amazon.com/sp?seller=A1KE2WRQ40ES14 | shendufen-US |
| 43 | amazon.com/sp?seller=AQLXUQIEJF6BB | SHJUMAN |
| 44 | amazon.com/sp?seller=A15WT3VQLA9QRF | Tiantai County Jiatong E-commerce Firm |
| 45 | amazon.com/sp?seller=A205UG537D2GAA | Weng jiajia |
| 46 | dhgate.com/store/21831895 | airboots |
| 47 | dhgate.com/store/21849690 | airsneaker668 |
| 48 | dhgate.com/store/21573239 | aj_seller |
| 49 | dhgate.com/store/21895202 | ajlinglon |
| 50 | dhgate.com/store/21858664 | australians |
| 51 | dhgate.com/store/21857737 | best_shoes_tn95 |
| 52 | dhgate.com/store/21855665 | bestjordanshoes7 |
| 53 | dhgate.com/store/21194732 | chenmi_350shoes |
| 54 | dhgate.com/store/21195006 | chenmi1978 |
| 55 | dhgate.com/store/21859864 | dunksale |
| 56 | dhgate.com/store/21857543 | exportrainers |
| 57 | dhgate.com/store/19860681 | iwantyou1 |
| 58 | dhgate.com/store/21178369 | jdskjeieoe |
| 59 | dhgate.com/store/21296646 | make_happy |
| 60 | dhgate.com/store/21682098 | niksneakers |
| 61 | dhgate.com/store/21857372 | princessbag_ |
| 62 | dhgate.com/store/21363204 | reallove_sports |
| 63 | dhgate.com/store/21811137 | running_shoe |
| 64 | dhgate.com/store/21820106 | shengfamy888 |
| 65 | dhgate.com/store/21860372 | shoe_sensation |
| 66 | dhgate.com/store/21699345 | shoes_home1 |
| 67 | dhgate.com/store/21858800 | shoes108110 |
| 68 | dhgate.com/store/21858396 | ukdk1218 |
| 69 | dhgate.com/store/21005069 | vipsellershoes |
| 70 | dhgate.com/store/21903528 | vipshoes168 |
| 71 | dhgate.com/store/20194023 | yeezy350 |
| 72 | dhgate.com/store/21842234 | yeezykids |
| 73 | ebay.com/usr/bon-humeur066 | bon-humeur066 |
| 74 | ebay.com/usr/ch96631 | ch96631 |
| 75 | ebay.com/usr/hua7896 | hua7896 |
| 76 | ebay.com/usr/larnmernflagship | larnmernflagship |
| 77 | ebay.com/usr/lasthope201111 | lasthope201111 |

| 78 | ebay.com/usr/li_l0ng | li_l0ng |
|---|---|---|
| 79 | ebay.com/usr/nanomaca-0 | nanomaca-0 |
| 80 | ebay.com/usr/qiaoxianqi_0 | qiaoxianqi_0 |
| 81 | ebay.com/usr/robert-store2012 | robert-store2012 |
| 82 | ebay.com/usr/sexxyy630lt | sexxyy630lt |
| 83 | ebay.com/usr/shoes_workshop_au | shoes_workshop_au |
| 84 | ebay.com/usr/us2015-zhaoh | us2015-zhaoh |
| 85 | ebay.com/usr/us-trust | us-trust |
| 86 | ebay.com/usr/yapingxiaoyagongsi | yapingxiaoyagongsi |
| 87 | ebay.com/usr/yingdawen_0 | yingdawen_0 |
| 88 | ebay.com/usr/zookka | zookka |
| 89 | etsy.com/shop/UFCGear | UFCGear |
| 90 | instagram.com/a689369/ | a689369 |
| 91 | instagram.com/acasneaks/?hl=en | acasneaks |
| 92 | instagram.com/aideepup/ | aideepup |
| 93 | instagram.com/annapaterson1213tv/ | annapaterson1213tv |
| 94 | instagram.com/baby_cool555/ | baby_cool555 |
| 95 | instagram.com/behatsjordan/?hl=en | behatsjordan |
| 96 | instagram.com/brandy_1888/ | brandy_1888 |
| 97 | instagram.com/china__jess_shoe_bag/?hl=en | china__jess_shoe_bag |
| 98 | instagram.com/honest_alin/?hl=en | honest_alin |
| 99 | instagram.com/jack.sneaker12/?hl=en | jack.sneaker12 |
| 100 | instagram.com/kama.kicks/ | kama.kicks |
| 101 | instagram.com/linxin.sneaker.aj/ | linxin.sneaker.aj |
| 102 | instagram.com/mxsneaker666/?hl=en | mxsneaker666 |
| 103 | instagram.com/newon364/?hl=en | newon364 |
| 104 | instagram.com/ogsneakerclub_cn/?hl=en | ogsneakerclub_cn |
| 105 | instagram.com/shoes_wei/?hl=en | shoes_wei |
| 106 | instagram.com/sjm7998/?hl=en | sjm7998 |
| 107 | instagram.com/sneakers_shop1313?hl=en | sneakers_shop1313 |
| 108 | instagram.com/top_og_pk/?hl=en | top_og_pk |
| 109 | instagram.com/wgss1.88/?hl=en | wgss1.88 |
| 110 | instagram.com/p/CrnAEwlugTR/?hl=en | xx.sale82 |
| 111 | instagram.com/ziling.zilng.4/?hl=en | ziling.zilng.4 |
| 112 | instagram.com/zshsneaker/?hl=en | zshsneaker |
| 113 | temu.com/m-634418210657952.html | Dibeibei |
| 114 | temu.com/m-321497914139.html | DooDogs |
| 115 | temu.com/m-296261027711.html | FEET WET FEET RIGHT |
| 116 | temu.com/m-5059078541762.html | Guangzhou Xinhe Shoes Firm |
| 117 | temu.com/m-2319936858706.html | Happy shoe stack |
| 118 | temu.com/m-52343261769.html | HC shoes |
| 119 | temu.com/m-4967751449639.html | HKYS Shoe |
| 120 | temu.com/m-5744427961029.html | HL children shoes |

| | | |
|---|---|---|
| 121 | temu.com/m-189431525296.html | Jaliba Bridge exclusive |
| 122 | temu.com/m-634418209916228.html | Jiemin Commerce |
| 123 | temu.com/m-146762348885.html | JJBABY |
| 124 | temu.com/m-260588651070.html | Juhuacang |
| 125 | temu.com/m-4957363409427.html | Kiss the Sun |
| 126 | temu.com/m-296100024254.html | Little star childrens shoes |
| 127 | temu.com/m-870802642509.html | Love fashion men shoes |
| 128 | temu.com/m-4790743430147.html | LoveWalking |
| 129 | temu.com/m-6149790089477.html | Milo kids shoes |
| 130 | temu.com/m-4194917820548.html | Sanren shoe line |
| 131 | temu.com/m-634418210528985.html | SHI SHANG YUE SHOES |
| 132 | temu.com/m-634418210837516.html | SHITUGE |
| 133 | temu.com/m-125709261128.html | TARANIS |
| 134 | temu.com/m-38146288457.html | TARANIS KIDS SHOES |
| 135 | temu.com/m-3430415085051.html | Wanwei Xianghao sports |
| 136 | temu.com/m-2756735199442.html | Warrior bootery |
| 137 | temu.com/m-641741890755.html | ZHR Shoes |
| 138 | temu.com/m-4582020379315.html | ZY childrens shoes |
| 139 | tiktok.com/@kacenlee?lang=en | kacenlee |
| 140 | tiktok.com/@luxury990992?lang=en | luxury990992 |
| 141 | tiktok.com/@user837922211600887?lang=en | user837922211600887 |
| 142 | walmart.com/seller/101122878 | DKMILYAIR |
| 143 | walmart.com/seller/101095347 | LEA INTERNATIONAL GROUP LIMITED |
| 144 | wish.com/merchant/55249f8de6dc950e51d34ab9 | BigBlueBird |
| 145 | wish.com/merchant/5e92c1b96dc9796a401833fe | Clara M Pierce |
| 146 | wish.com/merchant/61ccf3a4c0b347e9d5d06ef2 | Coastal Bling |
| 147 | wish.com/merchant/5f502ab15d87be003bf76920 | CreateaneighbortocatchhR |
| 148 | wish.com/merchant/5d7f2cf5878b581dd135ca24 | Delinde manswear |
| 149 | wish.com/merchant/600c486e338f83ef84ad7ce3 | foodsa |
| 150 | wish.com/merchant/5b28f13cdaac450aa7c0caed | Glutinous pen daily department store |
| 151 | wish.com/merchant/61bb7b6754407f43ba9bcb24 | Heather Creationz |
| 152 | wish.com/merchant/6146575dadf68a314e0bb2ff | Jams7 |
| 153 | wish.com/merchant/5e8acba7c77ae3e66cb1f331 | Ronald V Wald |

| | | |
|---|---|---|
| 154 | wish.com/merchant/5471c8db90c77677e8032637 | The Spectator |
| 155 | wish.com/merchant/61a32d2ef49894c487f99c9a | xiaochan9189 |
| 156 | wish.com/merchant/5eb7d81c1e9cc05d8ca457cb | Z Man Man Store |
| 157 | hotkicks.co | hotkicks.co |
| 158 | rsneakers.fun | rsneakers.fun |