# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JINJIANG LINGHANG CAPTAIN SHOES CO., LTD., et al. <br><br> Defendants. | Case No. 23-cv-05337 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Heather K. McShain** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 27, 2023 [88], in favor of Plaintiff Nike, Inc. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit Nike Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| ZHR Shoes | 121 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

| | |
|---|---|
| Dated this 25th day of April 2024. | Respectfully submitted,<br><br>/s/ Marcella D. Slay<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Marcella D. Slay<br>Berel Y. Lakovitsky<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>mslay@gbc.law<br>blakovitsky@gbc.law<br><br>*Counsel for Plaintiff Nike, Inc* |